JEFFREY G. KNOWLES (State Bar No. 129754)
KAREN S. FRANK (State Bar No. 130887)
SCOTT C. HALL (State Bar No. 232492)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-jgk@cpdb.com,
        ksfrank@coblentzlaw.com,
        ef-sch@cpdb.com

Attorneys for The Love & Hummus Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| The Love & Hummus Company, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Tribe Mediterranean Foods, Inc.,<br><br>　　　　Defendant. | Case No. 3:14-cv-00019-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:　Hon. Judge Susan Illston<br>Trial Date:　None Set |

By and through their respective counsel, Plaintiff The Love & Hummus Company, LLC ("Love & Hummus"), and Defendant Tribe Mediterranean Foods, Inc. ("Tribe" and, together with Love & Hummus, "the Parties") hereby stipulate as follows:

WHEREAS, on January 2, 2014, Plaintiff Love & Hummus filed its Complaint for Trademark Infringement, False Designation and Unfair Competition ("the Complaint") against Defendant Tribe;

WHEREAS, on February 7, 2014, this case was reassigned to the Honorable Susan Illston, and an Initial Case Management Conference was set for April 4, 2014;

WHEREAS, the Parties previously stipulated to continue the April 4, 2014 Case Management Conference until June 6, 2014, in order to allow the parties to engage in settlement discussions;

WHEREAS, the Parties have previously stipulated to extend the time for Defendant Tribe to respond to the Complaint until ten (10) days prior to the June 6, 2014 Case Management

Conference;

WHEREAS, the Parties believe that they are close to reaching a settlement in this action and that additional time to discuss potential resolutions would be beneficial to the Parties and may avoid unnecessary costs and resources of the Parties and the Court.

ACCORDINGLY, the Parties hereby stipulate and request that the Court continue the Initial Case Management Conference scheduled for June 6, 2014 until July 25, 2014, and that all corresponding deadlines be rescheduled accordingly.

DATED: May 27, 2014                COBLENTZ PATCH DUFFY & BASS LLP

By:     /s/ Scott Hall
SCOTT HALL
Attorneys for THE LOVE & HUMMUS COMPANY

DATED: May 27, 2014                KILPATRICK TOWNSEND & STOCKTON LLP

By:     /s/ Ryan Bricker
RYAN BRICKER
Attorneys for Defendant TRIBE MEDITERRANEAN FOODS, INC.

**IT IS SO ORDERED.**

**DATED:**   5/27/14

    **The Hon. Susan Illston**
    **United States District Judge**

In compliance with General Order 45, X.B., I hereby attest that Ryan Bricker has concurred in this filing.

DATED: May 27, 2014                    /s/ Scott Hall
SCOTT HALL
Attorneys for THE LOVE & HUMMUS COMPANY